UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-2281 PA (SSx) | Date | September 5, 2013 |
|---|---|---|---|
| Title | U.S. for the Use and Benefit of Air Control Techs., Inc. v. Pre Con Indus., Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **Order to Show Cause Re: Dismissal for Lack of Prosecution**

On July 25, 2013, after receipt of the Mandate issued by the Ninth Circuit Court of Appeals, the Court issued an order directing defendants to file a response to the Complaint no later than August 8, 2013.

In the present case, it appears that this time period has not been met. Accordingly, the Court, on its own motion, orders plaintiff to show cause in writing on or before **September 19, 2013,** why this action should not be dismissed for lack of prosecution as to defendant First National Insurance Company of America ("First National"). Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff's response. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the complaint against First National.

IT IS SO ORDERED.